TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00492-CR

Ex Parte: Douglas Lee Taylor, Appellant

FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT

NO. 8367A, HONORABLE H.R. TOWSLEE, JUDGE PRESIDING

PER CURIAM

 A transcript was forwarded to this Court containing appellant's application for writ
of habeas corpus. The transcript did not contain, however, an order on the application or a notice
of appeal. A letter from appellant's counsel in response to our notice states that notice of appeal
has not been filed and that the appeal should be dismissed.

 The appeal is dismissed for want of jurisdiction.

Before Chief Justice Carroll, Justices Jones and B. A. Smith

Dismissed for Want of Jurisdiction

Filed: September 13, 1995

Do Not Publish